**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**STEVEN M. PALMER,**

       **Plaintiff,**         **CV F 07 0514 LJO WMW P**

  **vs.**                             **FINDING AND RECOMMENDATION**

**C/O CROTTY, et al.,**

       **Defendants.**

       **On June 26, 2007, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file a completed application to proceed in forma pauperis. Plaintiff has filed objections to the findings and recommendations.**

       **In his objections, Plaintiff indicates that he originally filed this action as CV F 07 0148 LJO DLB P. Plaintiff did not intend to proceed in a separate action. A review of both actions reveals that the cases are identical. The court will therefore vacate the recommendation of dismissal for failure to obey a court order, and recommend dismissal without prejudice as duplicative. Plaintiff will not be assessed a filing fee in this action. Plaintiff is cautioned that if he desires to proceed in this later action, he will be assessed a filing fee.**

       **Accordingly, IT IS HEREBY RECOMMENDED that this action be**

1 **dismissed without prejudice as duplicative.**

2         These findings and recommendations are submitted to the United States District
3 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within
4 twenty days after being served with these findings and recommendations, plaintiff may file
5 written objections with the court.  Such a document should be captioned "Objections to
6 Magistrate Judge's Findings and Recommendations."  Plaintiff is  advised that failure to file
7 objections within the specified time waives all objections to the judge's findings of fact.  See
8 Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the
9 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
10 F.2d 1153 (9th Cir. 1991).

14 IT IS SO ORDERED.

15 **Dated:    July 27, 2007**              /s/  **William M. Wunderlich**
                                                     UNITED STATES MAGISTRATE JUDGE