IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN M. PALMER,

      Plaintiff,                               CV F 07 0514 LJO WMW P

      vs.                                      ORDER TRANSFERRING CLAIM S TO THE NORTHERN DISTRICT

C/O CROTTY, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

      This action proceeds on the complaint filed in the Central District of California, and transferred to this district. Plaintiff, an inmate in the custody of the California Department of

1

1  Corrections and Rehabilitation (CDCR) at Salinas Valley State Prison, brings this civil rights
2  action against defendant correctional officials employed by the CDCR at Salinas Valley State
3  Prison in Monterey County and Tehachapi State Prison in Kern County.
4       Plaintiff's claims in this complaint stem from injuries suffered in an event that occurred
5  at Tehachapi on January 27, 2005.  The complaint sets forth allegations of deliberate
6  indifference at Tehachapi, and allegations of inadequate medical care at Salinas Valley State
7  Prison.
8       The federal venue statute requires that a civil action, other than one based on diversity
9  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all
10 defendants reside in the same state, (2) a judicial district in which a substantial part of the events
11 or omissions giving rise to the claim occurred, or a substantial part of the property that is the
12 subject of the action is situated, or (3) a judicial district in which any defendant may be found, if
13 there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).
14      In this case, some of allegations relate to conduct by defendants not resident in this
15 district.  The Salinas Valley State Prison claims arose in Monterey County, which is in the
16 Northern District of California.  Therefore, those claims will be transferred to the U. S. District
17 Court for Northern District of California, and proceed as a separate civil action in that district.  In
18 the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
19 correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
20 1974).
21      Accordingly, IT IS HEREBY ORDERED that:
22         1. The Salinas Valley State Prison claims are severed from this action.
23         2. The Clerk's Office shall forward to the U. S. District Court for the Northern
24 District of California the complaint filed in the Central District on February 7, 2007, and
25
26

transferred to this district on April 2, 2007.[1]

      3. The claims as to the Tehachapi defendants will proceed in this action. By separate order, the Court will grant Plaintiff leave to file an amended complaint as to the Tehachapi claims only.

IT IS SO ORDERED.

**Dated:   February 11, 2008**　　　　　　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] On October 2, 2007, an order was entered, granting Plaintiff leave to proceed in forma pauperis, and directing the CDCR to collect and forward to the court monthly payments from Plaintiff's inmate trust account.