IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN M. PALMER,

        Plaintiff,     CV F 07 0514 LJO WMW PC

   vs.                ORDER RE MOTION (DOC 13)

CROTTY, et al.,

        Defendants.

    Plaintiff has filed a motion titled as a motion for clarification of an earlier order. Subsequently, an order was entered, dismissing the operative pleading in this action and granting Plaintiff leave to file an amended complaint.  That order governs the schedule for litigation in this case.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for clarification is denied as moot.

IT IS SO ORDERED.

**Dated:     March 6, 2008**               **/s/  William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE

1